818

No. 84–1671.   ZEILER ET AL. *v.* OHIO HIGH SCHOOL ATHLETIC ASSN. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 84–1679.   NOBLE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–1681.   MASTER PRINTERS OF AMERICA *v.* BROCK, SECRETARY OF LABOR.   C. A. 4th Cir.   Certiorari denied.

No. 84–1683.   DOBEY ET UX. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 84–1702.   H. F. ALLEN ORCHARDS ET AL. *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 84–1710.   BELLE FOURCHE PIPELINE CO. ET AL. *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 84–1729.   SATTERFIELD ET AL. *v.* HUEBNER ET UX.   Ct. App. Wash.   Certiorari denied.

No. 84–1748.   HEBERT *v.* UNITED STATES;
No. 84–1812.   ANTONE *v.* UNITED STATES;
No. 84–1864.   AMUNY *v.* UNITED STATES; and
No. 84–1878.   MAXWELL *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   Reported below: 753 F. 2d 1301.

No. 84–1759.   T. G. & Y. STORES, INC. *v.* LUSBY ET AL. C. A. 10th Cir.   Certiorari denied.

No. 84–1765.   NEAL *v.* TEXAS.   Ct. Crim. App. Tex.   Certiorari denied.

No. 84–1770.   WACO FINANCIAL, INC., ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 84–1771.   NILSON VAN & STORAGE ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.